OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 09 2015

11/2/2015
EARLY, JOSHUA      Tr. Ct. No. D-1-DC-08-901422-B      WR-83,796-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
[] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

JOSHUA EARLY
TRAVIS CO. CORR. CEN - TDC # 1575636
3614 BILL PRICE RD.
DEL VALLE, TX 78617

REF

AVRS3B 78617